**Opinion issued June 10, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-01029-CV

———————————

**ALVIN SHINETTE, JR., Appellant**

**V.**

**YALANDA WHITE SHINETTE, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Galveston County, Texas**
**Trial Court Case No. 13-FD-1458**

---

## MEMORANDUM OPINION

Appellant, Alvin Shinette, Jr., has filed a request to withdraw his appeal, stating that he "no longer want[s] or wish[es] to pursue any appeal." We construe his request as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). No other

party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a), (c).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.